**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PAUL E. SCHOBER, BERTHA SCHOBER,**

        **Plaintiffs,**

**-vs-**                                            **Case No. 6:08-cv-1584-Orl-28DAB**

**HOME DEPOT U.S.A., INC.,**

        **Defendant.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO COMPEL RULE 26(A)(1) DISCLOSURE (Doc. No. 16)**
>
> **FILED:**     **December 30, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff shall provide the disclosures **no later than January 30, 2009.**

**DONE** and **ORDERED** in Orlando, Florida on January 20, 2009.

                                                *David A. Baker*
                                        DAVID A. BAKER
                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record